UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-19408 |
|---|---|---|
| | ) | |
| WYTIA MEMBERS | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER VACATING PAYROLL CONTROL ORDER**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order for Payroll Control, Docket #46, is vacated.

Enter: *[signature]*

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: October 16, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100